CHERIE PARANTEAU ET AL. *v.* FREDERICK DEVITA

The defendant's petition for certification for appeal from the Appellate Court is granted, with limitation.

*Thomas F. Brown,* in support of the petition.

*P. J. Pittman,* in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* EDWARD L. REAGAN

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 540, is granted, with limitation.

*John E. Franckling,* in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided September 23, 1987

BORIS SILITSCHANU ET AL. *v.*
FREDERICK GROESBECK, JR.

The plaintiffs' petition for certification for appeal from the Appellate Court, 12 Conn. App. 57, is granted, with limitation.

*John Timbers,* in support of the petition.

*James E. O'Donnell,* in opposition.

Decided September 23, 1987